UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE M. BEENEY,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C25-5411-KKE<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Plaintiff has filed an unopposed motion to amend the scheduling order. Dkt. No. 10. The motion (*id*.) is GRANTED and the scheduling order is hereby amended as follows:

- Plaintiff shall have up to and including August 25, 2025, to file Plaintiff's opening brief;

- Defendant shall have up to and including September 24, 2025, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including October 8, 2025, to file a reply brief.

Dated this 31st day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER
- 1